# United States District Court
## Violation Notice

**CVB Location Code:** OS60

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBI C006Y | KELLEY | 2347 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 08/29/2020  14:44
**Offense:** FED  36CFR  26154D
**Place of Offense:** JACOBS RD

**Offense Description: Factual Basis for Charge**  HAZMAT ☐
UN REGISTERED ATV

FBIC006Y

### DEFENDANT INFORMATION

Phone: ( )

**Last Name:** JACKSON
**First Name:** ANDREW
**M.I.:** M

Street Address:
City: / State: / Zip: / Date of Birth (mm/dd/yyyy):
Drivers License No.: / CDL ☐ / D.L. / Social Security No.:
☐ Adult  ☐ Juvenile  Sex ☐ M ☐ F  Race / Hair / Eyes / Height / Weight

### VEHICLE
VIN:  CMV ☐
Tag No. / State / Year / Make/Model / PASS ☐ / Color

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | Amount | |
|---|---|---|
| | $150.00 | Forfeiture Amount |
| | $30.00 | Processing Fee |
| PAY THIS AMOUNT | $180.00 | Total Collateral |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant _____

Previous edition is obsolete     Original - CVB Copy     FS-5300-4 (7/05)

FBIC006Y

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 29, 2020 while exercising my duties as a law officer in the COLUMBUS District of OH

Pursuant to 16USC 551: 36CFR261.54d

I state that on 29 August 2020, while exercising my duties as a Law Enforcement Officer in the Southern district of Ohio. While on patrol on the Wayne National Forest, Athens Ranger District, in the Jacobs Road Area, United States Forest Service (USFS) Law Enforcement Officer (LEO) A. KELLEY was conducting trail compliance checks for trail pass, safety equipment, APV registration, and other trail requirements on USFS OHV trail users.

While conducting checks, LEO KELLEY encountered a group of individuals operating ATV's on the road. When asked, they indicated that they had been operating on the trail system and had left the trail system thinking that it was legal to operate on the road. Upon further investigation it was discovered that neither operator had a trail pass or vehicle registration. They indicated that they had paid a fee to camp at a privately owned campground and believed that that included their trail fee. LEO KELLEY indicated that a fee to operate on the trail is required and that trail fees are not included in camping fees anywhere on the National Forest. The operators indicated that they were camping at a privately owned campground near the National Forest, and that they knew they were operating on the National Forest Trail system and had done so previously. The suspect was identified by name and date of birth to be JACKSON, Andrew M. JACKSON was found to have Ohio Drivers License number UV517282 to be JACKSON was cited for operating an unregistered vehicle where required under 36CFR261.54d

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed    August 29, 2020
            Date (mm/dd/yyyy)         Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on: _____
            Date (mm/dd/yyyy)         U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident